UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES JACOBSON, JR., et al., | No. CV6-1117 MJP |
| Plaintiffs, | ORDER |
| v. | |
| RAGNAR PETTERSSON, et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiffs' motion to withdraw the motion for filing sealed documents. (Dkt. No. 138). Because Plaintiffs wish to withdraw the motion to seal (Dkt. No. 133), the Court GRANTS Plaintiffs' request that the motion to seal be withdrawn. Docket Number 133 will therefore be terminated on the docket. In the motion to withdraw, Plaintiffs also ask that "any documents or motions submitted therewith or related thereto" be withdrawn. The Court construes that language to mean that Plaintiffs wish to withdraw the motion that they filed under seal, that is, Docket Number 135, which is a motion for an emergency hearing. The Court GRANTS the request to withdraw Docket Number 135. Docket Number 135 will therefore be unsealed and terminated on the docket.

In the interest of clarifying the requirements regarding sealing documents, the Court reminds the parties that they are required to follow both the local and federal rules when requesting to file documents under seal and when actually filing documents under seal. Specifically, a party filing a document under seal must still serve that document on the other parties to the case (the CM/ECF system does not currently serve a sealed document on other parties). In addition, Local Civil Rule 5(g) requires that the party requesting the seal make a "compelling showing that the public's right of access is outweighed by the interests of the public and the parties in protecting files, records, or

ORDER - 1

documents from public review." LR 5(g)(1).  Thus, the motion requesting that a particular document be sealed must include "a clear statement of the facts justifying a seal and overcoming the strong presumption in favor of public access." LR 5(g)(2).  Any documents filed electronically under seal must be specifically related to the motion to seal.  The parties should be aware that if the Court <u>denies</u> a particular motion to seal, any documents filed under seal and attached to that motion to seal will be automatically unsealed.

In conclusion, the Court GRANTS Plaintiffs' request to withdraw the motion to seal.  The motion to seal and the document filed under seal will be terminated on the docket.  If Plaintiffs wish to renew their motions, they may do so in accordance with the local and federal rules.

Dated this 10th day of January, 2007.

Marsha J. Pechman
United States District Judge

ORDER - 2